IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


KIMBERLY CORDOVA, as Guardian
and Best Friend of Payton Chavez, a minor,

      Plaintiff,

v.                                  No.

STATE OF NEW MEXICO CHILDEREN, YOUTH
AND FAMILES DEPARTMENT; SERENITY
MESA RECOVERY CENTER, INC.;
JOHN DOES 1-10; AND JANE DOES 1-10,


**<u>DEFENDANT'S NOTICE OF REMOVAL</u>**

     Defendant New Mexico Children, Youth, and Families Department ("CYFD") respectfully files this Notice of Removal in the above-entitled action, and as grounds therefor states:

     1.     This action was commenced on June 16, 2026, in the First Judicial District Court in the County of Santa Fe for the State of New Mexico, as Cause Number D-101-CV-2026-01688 ("State Court Action") and is now pending therein. A true and correct copy of Plaintiff's Complaint in the State Court Action is filed herewith as **Exhibit A.**

     2.     At the time of this filing, CYFD was served by personal service upon the New Mexico Department of Justice office on July 7, 2026.  Service on the New Mexico Attorney General has been accomplished in accordance with NMRA Rule 1-004.

     3.     This Notice of Removal is timely as it is filed within thirty (30) days of service of the Complaint.

     4.     Along with state court claims, Plaintiff's Complaint alleges that CYFD violated Plaintiff's substantive due process civil rights under 42 U.S.C § 1983.  *See* **Exhibit A**

5.      Consequently, the Plaintiff's Complaint sets forth claims or rights arising under the Constitution and laws of the United States and/or a separate and independent claim or cause of action within the jurisdiction conferred on this Court by 28 U.S.C. § 1331.  Therefore, this Court has original jurisdiction over this cause of action pursuant to the jurisdiction conferred on this Court by 28 U.S.C. § 1331 and the action may, therefore, be removed to this Court pursuant to 28 U.S.C. §§ 1441(a), (b) and/or (c).

6.      Pursuant to 28 U.S.C. § 1446 and D.N.M.LR-Civ. 81.1(a), a copy of all other pleadings, process, orders, records and proceedings from the State Court Action will be filed within twenty-eight (28) days after filing this Notice of Removal.

WHEREFORE, CYFD respectfully file this Notice of Removal to remove the above-entitled action from the First Judicial District for the State of New Mexico to this Court.  The Civil Cover Sheet is filed herewith as **Exhibit B**.

Respectfully submitted,

WIGGINS, WILLIAMS & WESENBERG
A Professional Corporation

*Electronically Filed*

By____*/s/ Patricia G. Williams*_____
        Patricia G. Williams
*Attorney for CYFD*
1803 Rio Grande Blvd., N.W. (87104)
P.O. Box 1308
Albuquerque, New Mexico 87103-1308
(505) 764-8400
pwilliams@wwwlaw.us

2

I HEREBY CERTIFY that on the 22nd day of July, 2026,
I filed the foregoing electronically through the CM/ECF system,
which caused all parties or counsel of record to be served by electronic
means, as more fully reflected on the Notice of Electronic Filing, and
by U.S. mail to Plaintiff, as follows:

Bowles Law Firm
Jason Bowles c/o Payton Chavez
4811 Hardware Drive, N.E Bldg D, Suite 5
Albuquerque, NM 87109
(505) 217-268191


*/s/ Patricia G. Williams*
Patricia G. Williams

3